# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 9, 2020

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES OF
JUVENILE PROCEDURE - 2019 FAST-TRACK REPORT

**DOCKET NO.:** SC19-1818        **OPINION FILED:** November 27, 2019

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE
OPINION:**

On page 16, under Rule 8.525 Adjudicatory Hearings, the underline has been
removed from the entire subdivision "(C) The order must include a brief statement
informing the parents of the right to appeal the order to the district court of appeal
and the right to file a motion in the circuit court alleging that counsel provided
ineffective assistance and a brief explanation of the procedure for filing such a
claim." and from the tabbed space after subdivision "(D)" of section (j)(1)

**SIGNED:  OPINION CLERK**


**The corrected hard copy will follow.**